# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: __M-24-910-SM__

Charging Document: **Complaint**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☑  N ☐

Forfeiture: Y ☐ N ☑  OCDETF: Y ☐ N ☑  McGirt: Y ☐ N ☑  Warrant ☑  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: cz

| Name: **Windell Antonio Franklin** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1979  SSN: XXX-XX-9218 | Race: Black  Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐  Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:** | **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☑ Detention Requested   Complaint: Y ☐ N ☑

☐ Type of Bond: _____

☐ In Custody at: _____   Magistrate Judge Case No.: MJ-

Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  ☐ CJA Panel  ☐ Retained

Name: _____  Address: _____  Phone: _____

AUSA: __Stan J. West__

Agent/Agency: __ATF__

Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g) | Felon in Possession of a Firearm | 18 U.S.C. § 924(a)(8) - NMT 15 years imprisonment; $250,000 fine; or both; NMT 3 years S/R; 100 S/A |

**Signature of AUSA:** /s/Stan J. West   Date: 12/16/2024

1/22