# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| -vs- | ) ) | No. | CR-25-83-J |
| WINDELL ANTONIO FRANKLIN, | ) ) | Violations: | 18 U.S.C. § 922(g)(1) 18 U.S.C. § 922(o) |
| Defendant. | ) ) | | 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about September 18, 2024, in the Western District of Oklahoma, ------------------------------ **WINDELL ANTONIO FRANKLIN**, ---------------------------- with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Glock, model 17Gen5, 9x19mm caliber pistol, bearing serial number BNVN232, modified with a Glock-type machinegun conversion device, which was in and affecting interstate or foreign commerce in that said firearms had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## COUNT 2
### (Unlawful Possession of a Machinegun)

On or about September 18, 2024, in the Western District of Oklahoma,

------------------------------ **WINDELL ANTONIO FRANKLIN** ------------------------------

knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), specifically: a Glock, model 17Gen5, 9x19mm caliber pistol, bearing serial number BNVN232, which was modified with a Glock-type machinegun conversion device.

All in violation of Title 18, United States Code, Section 922(o), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Information are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Information, **WINDELL ANTONIO FRANKLIN** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

The property subject to forfeiture includes, but is not limited to:

1. a Glock, model 17Gen5, 9x19mm caliber pistol, bearing serial number BNVN232, which was modified with a Glock-type machinegun conversion device; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

ROBERT J. TROESTER
United States Attorney

STAN J. WEST
Assistant United States Attorney